| | | |
|---|---|---|
| FILING FEE PAID? | IFP Received? | IFP Amount:  $350 |
| YES ☐ | YES ☐ | |
| NO  ☒ | NO  ☒ | Magistrate Judge:  Suzanne Mitchell |

# CIV-23-265-J

Hood v. Oklahoma Department of Corrections et al

# NEVER IN THIS COURT BEFORE