UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEFF HOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-265-J |
| | ) | |
| OKLAHOMA DEPARTMENT OF CORRECTIONS and JOSH WARD in official capacity, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 28, 2023, the Court entered an order directing Plaintiff's counsel, Kim T. Cole, to associate with local counsel in compliance with LCvR 83.3(a) and requiring local counsel to enter their appearance by April 4, 2023. *See* March 28, 2023 Order [Doc. No. 3]. As of the date of this Order, however, no entry of appearance of local counsel has been filed. Accordingly, the Court DIRECTS Ms. Cole to show cause by April 12, 2023 as to why she has failed to comply with the Court's March 28, 2023 Order.

IT IS SO ORDERED this 5th day of April, 2023.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE