UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFF HOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-265-J |
| ) | |
| OKLAHOMA DEPARTMENT OF ) | |
| CORRECTIONS and JOSH WARD ) | |
| in official capacity, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff filed this case on March 24, 2023. The Complaint was signed and filed by Kim T. Cole, as counsel for Plaintiff.[1] *See* [Doc. No. 1]. Ms. Cole, however, has not filed an entry of appearance in this case. On March 28, 2023, the Court entered an order directing Ms. Cole to associate with local counsel in compliance with LCvR 83.3(a) and requiring local counsel to enter their appearance by April 4, 2023. *See* March 28, 2023 Order [Doc. No. 3]. As of the date of this Order, no entry of appearance of local counsel has been filed. On April 5, 2023, the Court entered an order directing Ms. Cole to show cause by April 12, 2023 as to why she has failed to comply with the Court's March 28, 2023 Order. *See* April 5, 2023 Order [Doc. No. 4]. As of the date of this Order, Ms. Cole has not complied with the Court's April 5, 2023 Order. The Court has also left two voicemail messages at Ms. Cole's office regarding the Court's orders, and Ms. Cole has not responded to those messages.

In light of Plaintiff's counsel's failure to comply with the Court's orders and Local Civil Rules and failure to communicate with the Court, Plaintiff is advised that if there has not been

---

[1] As Plaintiff's counsel, Ms. Cole represents and is the agent for Plaintiff before this Court.

complete compliance with the Court's orders by April 29, 2023, the Court will dismiss this case without prejudice.

    IT IS SO ORDERED this 20th day of April, 2023.

                                                            BERNARD M. JONES
                                                            UNITED STATES DISTRICT JUDGE