UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFF HOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-265-J |
| ) | |
| OKLAHOMA DEPARTMENT OF ) | |
| CORRECTIONS and JOSH WARD ) | |
| in official capacity, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Based upon Kim T. Cole's failure to show cause and failure to communicate with the Court, the Court struck Ms. Cole as counsel of record for Plaintiff in this case. *See* Court's May 2, 2023 Order [Doc. No. 7]. On May 4, 2023, Ms. Cole filed an Entry of Appearance [Doc. No. 8] in this case. The Court hereby STRIKES Ms. Cole's Entry of Appearance.

IT IS SO ORDERED this 4th day of May, 2023.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE